IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PEDRO JOHNSON
ADC #149892                                                                PLAINTIFF

v.                         No. 5:17-cv-328-DPM

RONALD BAILEY, Captain,
Tucker Unit; JOE PAGE, III,
Warden, Tucker Unit; LINDA
DYKES, Deputy Warden, Tucker
Unit; MARSHALL DALE REED,
Deputy Director, ADC; and
PAULK, Corporal                                                           DEFENDANTS

## ORDER

Despite requesting and receiving an extension, Johnson hasn't objected to Magistrate Judge Harris's recommendation; and the time to do so has passed. № 53 & № 54. Unopposed recommendation, № 52, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motions for summary judgment, № 29 & № 40, granted. Johnson's complaint will be dismissed without prejudice for failure to exhaust.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 December 2018