IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PEDRO JOHNSON
ADC #149892                                                              PLAINTIFF

v.                      No. 5:17-cv-328-DPM

RONALD BAILEY, Captain,
Tucker Unit; JOE PAGE, III,
Warden, Tucker Unit; LINDA
DYKES, Deputy Warden, Tucker
Unit; MARSHALL DALE REED,
Deputy Director, ADC; and
PAULK, Corporal                                                         DEFENDANTS

## JUDGMENT

Johnson's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

10 December 2018